**EXHIBIT**
2

Pamela Boyd
vs.
Probate Recovery Systems, LLC

**ELECTRONICALLY FILED**
2016 Mar 04 PM 1:55
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2016-LM-001040
Division: 36

**SUMMONS**

To the above-named Defendant/Respondent:

> **Probate Recovery Systems, LLC**
> **RA: CORPORATION SERVICE COMPANY**
> **2900 SW WANAMAKER DRIVE SUITE 204**
> **Topeka, KS 66614**

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 AM, on 04/04/2016, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court

**Documents to be served with the Summons:**
PLE: Petition Petition