EXHIBIT 3

# Wyandotte County District Court Search - Case Display

## Case Number: 1040

| | |
|---|---|
| Case Year: 2016 | Case UID: 2016-LM-001040 |
| Case Type: LM | Filed: 2016-03-04 |
| Case Sub-type: Other Tort | Last Updated: 2016-03-04 at 15:34:48 |
| Advisement Date: | Remand Date: |
| Appealed: N | Appealed Date: |
| Status Code: 1 | Status Date: |
| Status Description: Pending | |

## Defendants

### Party

Defendant Number: 1

| Last Name (or Business Name): Probate Recovery Systems LLC | | |
|---|---|---|
| First Name: | Middle: | Suffix: |

### Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff

### Party

| Plaintiff Number: 1 | Amount Claimed: 1000.00 |
|---|---|

| Last Name (or Business Name): Boyd | | |
|---|---|---|
| First Name: Pamela | Middle: | Suffix: |

### Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff Attorney 1

| | | |
|---|---|---|
| Last Name: Stecklein | First: Alan | Middle: J |
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

## Plaintiff Attorney 2

| | | |
|---|---|---|
| Last Name: Rapp | First: Michael | Middle: |
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

## Case Judge

| | | | |
|---|---|---|---|
| Last Name: Dupree | First: Timothy | Middle: L | Suffix: |

## Registry of Actions

### Action 1

| | |
|---|---|
| Action Date: 2016-03-04 | Action Type: ISSD |
| Action Agent: Timothy L Dupree | |
| Description: Summons: Issued on 03/04/2016; to Probate Recovery Systems, LLC on 03/04/2016. | |

### Action 2

| | |
|---|---|
| Action Date: 2016-03-04 | Action Type: AOR |
| Action Agent: Timothy L Dupree | |
| Description: Plaintiff: Boyd, Pamela Attorney of Record Alan J Stecklein | |

### Action 3

| | |
|---|---|
| Action Date: 2016-03-04 | Action Type: AOR |
| Action Agent: Timothy L Dupree | |
| Description: Plaintiff: Boyd, Pamela Attorney of Record Michael Rapp | |

### Action 4

| | |
|---|---|
| Action Date: 2016-03-04 | Action Type: PLEPET |

| Action Agent: Timothy L Dupree |
| Description: Petition PLE: Petition |

## Action 5

| Action Date: 2016-03-04 | Action Type: PLESUM |
| Action Agent: Timothy L Dupree | |
| Description: Summons PLE: Summons | |

## Action 6

| Action Date: 2016-03-14 | Action Type: RETROS |
| Action Agent: Timothy L Dupree | |
| Description: Return of Service RET: Return of Service | |

## Action 7

| Action Date: 2016-03-15 | Action Type: SERV |
| Action Agent: Timothy L Dupree | |
| Description: Summons: Served to Probate Recovery Systems, LLC on 3/9/2016; Service Fee of $0.00. | |

© 2016 **Office of Judicial Administration (http://www.kscourts.org)**