# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF MELVA CRUCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROBATE RECOVERY SYSTEMS, LLC ) | Case No. 16-CV-2210 |
| ) | |
| Defendant. ) | |
| _____) | |

## **ANSWER**

Defendant answers the allegations set forth in plaintiff's state court petition as follows:

1. Admits the allegations set forth in paragraphs 2, 5, and 12-14.

2. Admits that plaintiff is an estate in the District Court of Johnson County, Kansas.

3. Admits that the claim described in plaintiff's state court petition did not assert a lien but avers the remaining allegations set forth in paragraph 16 set forth legal arguments or legal conclusions that do not require a response, and that the statute speaks for itself.

4. Admits that on December 16, 2015, the District Court of Johnson County, Kansas disallowed the claim described in plaintiff's state court petition for untimeliness.

5. Denies the allegations set forth in paragraphs 3, 6-10, and 21-23.

6. Avers that the allegations set forth in paragraphs 4, 11, 15, 17, 19, and 20 set forth legal arguments or legal conclusions that do not require a response, and that the statutes and cases cited therein speak for themselves.

7. Denies that plaintiff is entitled to the relief requested in its petition.

8. Denies the nature and extent of plaintiff's alleged damages.

9. Denies each and every other allegation set forth in plaintiff's petition not specifically admitted herein.

10. Defendant is entitled to reasonable attorney's fees on a finding that the plaintiff's claim was brought in bad faith and for the purpose of harassment.  15 U.S.C. § 1692k(a)(3).

**AFFIRMATIVE DEFENSES**

1. Plaintiff is not the real party in interest and does not have the capacity to bring suit.

2. Any alleged violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.  15 U.S.C. § 1692k(c).

By  /s/ G. Clayton Randle
G. Clayton Randle, KS #26525
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS  66044
Tele:   (785) 843-6600
Fax:    (785) 843-8405
crandle@barberemerson.com
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2016, a copy of the above Answer was mailed by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed to:

A.J. Stecklein
Brian Johnson
Michael Rapp
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
Attorneys for Plaintiff

                                                  /s/ G. Clayton Randle
                                                   G. Clayton Randle